**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1131

JIANYI ZHANG,

                Plaintiff - Appellant,

     v.

US FDA,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:22-cv-03126-GLR)

Submitted:  May 30, 2024                                   Decided:  June 4, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jianyi Zhang, Appellant Pro Se.  Michael Jackman Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jianyi Zhang appeals the district court's order dismissing Zhang's complaint alleging several constitutional violations filed pursuant to 42 U.S.C. § 1983 and Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 to 2680. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Zhang v. U.S. Food & Drug Admin.*, No. 1:22-cv-03126-GLR (D. Md. Jan. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*